DANIEL S. MILLER (State Bar No. 218214)
dmiller@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
Tara McMahon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA MCMAHON, an individual, | **CASE NO. 2:14-cv-02085-CAS-AGR** |
| Plaintiff, | [Assigned to Christina A. Snyder] |
| v. | **SETTLEMENT STATUS REPORT** |
| LUIS VALENZUELA, an individual; JAMES NICHOLS, an individual; THE CITY OF LOS ANGELES, a municipality, | Pre-trial Conference: November 2, 2015<br>Action Filed: March 19, 2014<br>Trial Date: None |
| Defendants. | |

295422.1

Case No. 2:14-cv-02085-CAS-AGR

1  Per the Court's order of February 18, 2016, Plaintiff and Defendant City of
2  Los Angeles submit this joint status report.  The settlement in this matter is in the
3  process of being approved by the Los Angeles City Council .  The parties expect the
4  settlement to be approved and finalized within the next 60 days.  When that occurs,
5  the parties will file a dismissal with the Court.

8  DATED:  April 13, 2016                    MILLER BARONDESS, LLP

11                                            By:   */s/ Daniel S. Miller*
12                                                   DANIEL S. MILLER
                                                     Attorneys for Plaintiff
13                                                   Tara McMahon

14  DATED:  April 13, 2016                    LOS ANGELES CITY ATTORNEY

17                                            By:   /s/ *Geoffrey Plowden*
                                                     GEOFFREY PLOWDEN
18                                                   Attorneys for Defendant
19                                                   City of Los Angeles

# CERTIFICATE OF SERVICE
*Tara McMahon v. Luis Valenzuela, et al.*
**USDC Case No. 2:14-cv-02085-CAS-AGR**

On **April 13, 2016**, I electronically filed **SETTLEMENT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to those recipients, effectuating service in accordance with Local Rule 5.9.

Executed on **April 13, 2016**, at Los Angeles, California.

| | |
|---|---|
| Daniel S. Miller | /s/ ***Daniel S. Miller*** |
| Type or Print Name | Signature |

295422.1

1

Case No. 2:14-cv-02085-CAS-AGR

SETTLEMENT STATUS REPORT