# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA MCMAHON, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> LUIS VALENZUELA, an individual; JAMES NICHOLS, an individual; THE CITY OF LOS ANGELES, a municipality, <br><br> Defendants. | CASE NO. 14-CV-2085 CAS-AGRx <br><br> **[PROPOSED]** ORDER RE DISMISSAL OF ENTIRE CASE |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the Plaintiff's complaint be dismissed with prejudice.

Dated: May 13, 2016

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUD